USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

10/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YARDLEY KESHINOVER,

                Plaintiff,                      17 **CIVIL** 4349 (CS)

    -against-                                **JUDGMENT**

NEW YORK STATE OFFICE OF PARKS,
RECERATION AND HISTORIC
PRESERVATION,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2019, Defendant's motion for summary judgment is granted, and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York
          October 18, 2019

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court
                                        BY:
                                                      Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON 10/18/2019