UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yardley Keshinover,

            Plaintiff,

       - against -

The New York State Office of Parks, Recreation and
Historic Preservation,

           Defendant.

**17 Civ. 4349 (CS)**

**Notice of Appeal**

      Notice is hereby given that plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 18th day of October, 2019.

Dated: New York, New York
      October 28, 2019

                 MICHAEL G. O'NEILL

                 _____
                 Attorney for Plaintiff
                 30 Vesey Street, Third Floor
                 New York, New York 10007
                 (212) 581-0990

1